No. 85–6813.  SCOTT ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 85–6822.  KORYTO *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–6829.  PARADISO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 84–6187.  KEETEN ET AL. *v.* GARRISON, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting as to petitioner Larry Darnell Williams.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.